USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2023

**Memorandum Endorsement**
*Jordan Moore v. County of Westchester et al.*
7:18-cv-11547 (NSR)

The Court GRANTS Defendants' request for an extension to serve their motion to vacate on *pro se* Plaintiff. Defendants are granted leave to serve their moving papers pursuant to the following amended briefing schedule:

- Defendants shall serve (not file) their moving papers on or before August 3, 2023;
- Plaintiff shall serve (not file) his opposition papers on or before September 4, 2023; and
- Defendants shall serve their reply papers on or before September 18, 2023.

Defendants shall file all motion papers (including *pro se* Plaintiff's motion papers) on the reply date, September 18, 2023. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 76, to mail a copy of this Order to Plaintiff at his address as listed on ECF, and to show service on the docket.

Dated: July 13, 2023
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

July 13, 2023

**BY ECF and FAX (914) 390-4179**

The Honorable Nelson S. Roman
United States District Judge
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re: Jordan Moore v. County of Westchester et. al., Index 18-cv-11547**

Dear Judge Roman:

    I represent the County Defendants in this matter and I am requesting an extension of an additional two weeks to submit to the plaintiff Defendants' Motion to Vacate. In this regard, I am requesting that Defendants be allowed to serve their motion by August 3, 2023. Defendants' motion papers are currently due to the plaintiff on July 20, 2023 as per your Order. This is the first time that Defendants have made this request and I make this request on behalf of Defendants as due to my scheduling issues, vacation, and office resources, I am unable to meet the deadline of July 20. Additionally, I have a family member that is very ill and I am the primary caregiver for this person, with day to day oversight of this medical condition. The additional two weeks would be sufficient time to submit the motion to the plaintiff. Since plaintiff is pro se, and presently incarcerated, his consent was not sought.

    Thank you for your time and consideration in this matter. Should you have any questions or concerns, I can be reached at (914) 995-2684.

Very truly yours,

*Taryn A. Chapman-Langrin*

Taryn A. Chapman-Langrin
Deputy County Attorney

cc: Jordan Moore
    #19A3057
    Mid-State Correctional Facility
    P.O. Box 2500
    Marcy, New York 13403

Michaelian Office Building, Room 600
148 Martine Avenue
White Plains, New York 10601    Telephone: (914)995-2660    Website: westchestergov.com



## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK        )
                                         ss.:
COUNTY OF WESTCHESTER  )

FAGUDA COLEMAN being duly sworn, deposes and says:

I am not a party to this action; I am over 18 years of age; I am employed in White Plains, New York.

On July 13, 2023, I served one copy of the within *Letter dated 7/13/23 to Judge Requesting an Adjournment of Motion* (Re: Jordan Moore v. CCS, Westchester County, et al. - 18-cv-11547 (NSR)) on the following:

Jordan Moore
19-A-3057
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403

being the address designated for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, regular mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
FAGUDA COLEMAN

Sworn to before me this 13th
day of July 2023.

_____
NOTARY PUBLIC

Ellen A. Trotta
Notary Public, State of New York
Registration #01TR6043888
Qualified in Westchester County
My Commission Expires June 28, 2024